# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1468
_____

THOMAS G. HYLAND,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections, STATE OF FLORIDA,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


June 5, 2018


PER CURIAM.

The petition for writ of certiorari is denied.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas G. Hyland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee; Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondents.